IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTONIO MCNEAL,

    *Plaintiff*,

v.                                             Case No.: 3:24cv460-MW/HTC

ESCAMBIA COUNTY JAIL,

    *Defendant*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. The Magistrate Judge recommends dismissal for Plaintiff's failure to comply with Court Orders. Both the Report and Recommendation and the Magistrate Judge's earlier Order to Show Cause were returned as undeliverable and re-mailed to Plaintiff's address as reflected in the Bureau of Prisons or Department of Corrections locator system. *See* ECF No. 15-1. The Clerk instructed Plaintiff to update his mailing address and provided a blank Notice of Change of Address form for Plaintiff to fill out and return. *Id*. However, Plaintiff has not complied with this requirement, despite it being Plaintiff's responsibility to keep this Court apprised of his correct mailing address. Nor have the re-mailed filings been returned as undeliverable

Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 14, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with Court Orders." The Clerk shall close the file.

**SO ORDERED on March 5, 2025.**

<u>s/Mark E. Walker            </u>
**Chief United States District Judge**